## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| ADONUS TAYLOR, individually and on behalf of all others similarly situated, | Civil Case Number: 1:21-cv-00460-MAC |
| Plaintiff, | |
| -against- | |
| I.C. SYSTEM, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice and without attorney fees or costs. It is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

Dated: December 17, 2021

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorneys for Plaintiff*
*Adonus Taylor*