| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ADONUS TAYLOR, §
§
      Plaintiff, §
§
versus § CIVIL ACTION NO. 1:21-CV-460
§
I.C. SYSTEM, INC., §
§
      Defendant. §

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#11), signed December 17, 2021, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 25th day of March, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE